UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA**<br>Plaintiff<br>v.<br>Two Cashier's Checks, each in the amount of $412,500.00 in U.S. Currency, with a combined total value of $825,000.00 in U.S. Currency<br><br>**Defendant.** | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 6:14-CV-837 (TJM/ATB)<br><br>U.S. DISTRICT COURT - N.D. OF N.Y.<br>**F I L E D**<br>JUL 2 1 2014<br>AT_____ O'CLOCK_____<br>Lawrence K. Baerman, Clerk - Binghamton |

## ORDER

**THIS COURT** having before it the Settlement Agreement of the parties to the above-referenced action, and the parties having agreed to its terms as indicated by their signatures, it is hereby

**ORDERED,** that the sum of $825,000.00 in U.S. Currency is forfeited to the United States of America as set forth in the Settlement Agreement, and shall be disposed of in accordance with law by the Department of Homeland Security, Immigration and Customs Enforcement, for the Northern District of New York, and it is further;

**ORDERED,** that this action will be dismissed, without prejudice, as set forth below.

**ORDERED,** that the Court will retain competent jurisdiction to vacate this order and to reopen the action for good cause shown that the settlement was not consummated and that further litigation is necessary, upon a motion by any party by July 15, 2015.

**ORDERED,** that if no such motion to reopen is filed, the dismissal will become with prejudice on July 16, 2015.

**ORDERED,** that each of the parties bear its own costs, and it is further;

**ORDERED**, that the Clerk of the Court shall enter a judgment of forfeiture to the United States of America in accordance with the terms of this Order.

Dated: July 21, 2014 , 2014

_____
Hon. Thomas J. McAvoy, SUSDJ