UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff<br>v.<br><br>Two Cashier's Checks, each in the amount of $412,500.00 in U.S. Currency, with a combined total value of $825,000.00 in U.S. Currency<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No.  6:14-CV-837 (TJM/ATB)<br><br>U.S. DISTRICT COURT - N.D. OF N.Y.<br>**FILED**<br>JUL 21 2014<br>AT_____ O'CLOCK_____<br>Lawrence K. Baerman, Clerk - Binghamton |

## JUDGMENT IN A CIVIL FORFEITURE CASE

**WHEREAS**, by virtue of the Order filed with the United States District Court Clerk's Office for the Northern District of New York on _July 21, 2014_ in the above captioned civil forfeiture matter, it is hereby

**ORDERED, ADJUDGED AND DECREED** that the defendant property is hereby forfeited to the United States of America to be disposed of in accordance with law.

_7/21/14_
Date

_Lawrence K. Baerman_
Clerk

_J. Potter_
(By) Deputy Clerk